August 15, 2013



# JUDGMENT

# 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

WOLF HOLLOW I, L.P., Appellant

NO. 14-09-00118-CV                          V.

EL PASO MARKETING, L.P. AND ENTERPRISE TEXAS PIPELINE, LLC,
Appellees

_____

This cause, an appeal from the judgment signed December 30, 2008 in favor of appellees El Paso Marketing, L.P. and Enterprise Texas Pipeline, LLC, was heard on the transcript of the record. We have inspected the record and find as follows:

1. The trial court did not err in issuing the first and second declarations of its final judgment (i.e., declaring that the four interruptions of service "constitute events of Force Majeure as defined in the Gas Supply and Fuel Management Agreement as amended" and that "El Paso gave Wolf Hollow proper notice of these events of Force Majeure as required by the Agreement and El Paso has no liability" regarding the service interruptions of August 8, 2006, September 11, 2006, January 8, 2007, and January 11, 2007). We according **AFFIRM** these portions of the judgment.

2. The trial court erred in

    a. issuing the third and fourth declarations of its final judgment (i.e., declaring that "Wolf Hollow's exclusive remedy regarding gas quality

claims for gas delivered by Enterprise Texas Pipeline is to receive an assignment as set forth in Article XIV, Section 14.1 of any claims that El Paso Marketing, L.P. may have against such transporter" and declaring that "Article XXI of the Agreement does not apply to gas quality claims for gas delivered to Wolf Hollow on the Enterprise Texas Pipeline . . . .");

b. declaring that Wolf Hollow shall take nothing on its counterclaims against El Paso Marketing, L.P.;

c. declaring that Wolf Hollow shall take nothing on its cross-claim against Enterprise Texas Pipeline, LLC;

d. holding that the claims regarding indemnity are moot;

e. denying relief not expressly granted in the final judgment;

f. awarding El Paso and Enterprise their costs of court;

We accordingly order these portions of the judgment **REVERSED** and we **REMAND** the case for further proceedings in accordance with this court's opinion.

We order appellees El Paso Marketing, L.P. and Enterprise Texas Pipeline, LLC jointly and severally to pay all costs incurred in this appeal.

We further order this decision certified below for observance.